IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:15-CV-257-MR-DCK

| MILES BELL, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Brian A. Buchanan, concerning John A. Moss on November 24, 2015. Mr. John A. Moss seeks to appear as counsel *pro hac vice* for Plaintiff Miles Bell. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** Mr. John A. Moss is hereby admitted *pro hac vice* to represent Plaintiff Miles Bell.

**SO ORDERED**.

Signed: November 24, 2015

David C. Keesler
United States Magistrate Judge