IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:15-CV-257-MR-DCK

| MILES BELL, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 15) filed by Nicole A. Crawford, concerning Ronald K. Wray II on April 7, 2016. Mr. Ronald K. Wray II seeks to appear as counsel *pro hac vice* for Defendant Norfolk Southern Railway Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 15) is **GRANTED.** Mr. Ronald K. Wray II is hereby admitted *pro hac vice* to represent Defendant Southern Railway Company.

**SO ORDERED**.

Signed: April 7, 2016

David C. Keesler
United States Magistrate Judge