# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:15-CV-257-MR-DCK

| | |
|---|---|
| MILES BELL, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Amend Answer To Plaintiff's Complaint" (Document No. 17) filed May 12, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.[1]

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Amend Answer To Plaintiff's Complaint" (Document No. 17) is **GRANTED**. Defendant shall file an Amended Answer on or before **May 16, 2016**.

**SO ORDERED**.

Signed: May 12, 2016

David C. Keesler
United States Magistrate Judge

---

[1] The Administrative Procedures Governing Filing and Service by Electronic Means, revised January 1, 2012, at Part II, Section A, Paragraph 8, provide that: "If filing a document requires leave of the Court, such as an amended complaint, the attorney shall attach the proposed document as an exhibit to the motion according to the procedures in IV. If the Court grants the motion, the filer will be responsible for electronically filing the document on the case docket."