IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MILES BELL, | C.A. No.: 1:15-CV-00257-MR-DCK |
| Plaintiff, | |
| | **STIPULATION OF DISMISSAL** |
| | **WITH PREJUDICE** |
| vs. | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | |
| Defendant. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, Miles Bell, and Defendant, Norfolk Southern Railway Company, through their undersigned counsel, submit this stipulation of dismissal as to all claims asserted by Plaintiff against Defendant. The parties stipulate that all claims asserted in this action are hereby dismissed with prejudice.

/s/ John A. Moss
John A. Moss
jmoss@steel-moss.com
STEEL, MOSS & EBERT
15 Piedmont Center, Suite 1560
3575 Piedmont Road NE
Atlanta, GA 30305

Brian A. Buchannan
GRIMES, TEICH, ANDERSON, LLP
535 College Street
Asheville, NC 28801

*Attorneys for Plaintiff, Miles Bell*

/s/ Nicole A. Crawford
M. Daniel McGinn
North Carolina State Bar No. 5051
dmcginn@brookspierce.com
Nicole A. Crawford
North Carolina State Bar No. 31466
ncrawford@brookspierce.com
**BROOKS, PIERCE, MCLENDON,
 HUMPHREY & LEONARD, L.L.P.**
Suite 2000 Renaissance Plaza
230 North Elm Street (27401)
Post Office Box 26000
Greensboro, North Carolina 27420
Telephone:     336/373-8850
Facsimile:      336/378-1001

1

Ronald K. Wray, II *(Admitted Pro Hac Vice)*
*rwray@gwblawfirm.com*
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
Greenville, SC 29601
(864) 271-9580
(864) 271-7502 FAX

*Attorneys for Defendant Norfolk Southern Railway Company*